| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) COHN, AVERN L. | 2. Court or Organization U.S. DISTRICT COURT-MICHIGAN | 3. Date of Report 04/30/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE-SENIOR | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address 219 FEDERAL BUILDING AND U.S. COURTHOUSE DETROIT, MICHIGAN 48226 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Cohn, Avern L.

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | INTEL CORP | D | Dividend | M | T | | | | | |
| 2. | PROCTER & GAMBLE (FORMERLY GILLETTE) | A | Dividend | K | T | | | | | |
| 3. | ROYAL DUTCH PETROLEUM | C | Dividend | L | T | | | | | |
| 4. | SCHLUMBERGER, LTD. | B | Dividend | M | T | | | | | |
| 5. | SIGMA ALDRICH CORP. | A | Dividend | L | T | Donated (part) | | | | |
| 6. | KIMBERLY CLARK | C | Dividend | L | T | | | | | |
| 7. | WALT DISNEY CO. | A | Dividend | L | T | Donated (part) | | | | |
| 8. | QUALCOMM INC | B | Dividend | M | T | Donated (part) | | | | |
| 9. | BOEING | C | Dividend | L | T | Donated (part) | | | | |
| 10. | ARCHER DANIELS MIDLAND | A | Dividend | K | T | | | | | |
| 11. | RAYTHEON NEW | B | Dividend | L | T | | | | | |
| 12. | JOHNSON & JOHNSON | B | Dividend | L | T | | | | | |
| 13. | PEPSICO | B | Dividend | L | T | | | | | |
| 14. | LOCKHEED MARTIN | C | Dividend | L | T | | | | | |
| 15. | ROVI CORP, FORMERLY GEMSTAR INTL | | None | K | T | | | | | |
| 16. | ISHARES TR RUSSELL 2000 VALUE INDEX FUND | B | Dividend | L | T | | | | | |
| 17. | ISHARES TR MSCI EAFE INX FD | D | Dividend | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ISHARES TR S&P MIDCAP 400/BARRA VAL | C | Dividend | N | T | | | | | |
| 19. ISHARES S&P MIDCAP 400/BARRA GR IDX | B | Dividend | N | T | | | | | |
| 20. BAXTER INTL | C | Dividend | M | T | Donated (part) | | | | |
| 21. EMCOR GROUP INC. | | None | L | T | | | | | |
| 22. PRAXAIR INC | B | Dividend | L | T | | | | | |
| 23. ISHARES TR MSCI EMERGING MKTS INDX FUND | C | Dividend | M | T | | | | | |
| 24. ISHARES RUSSELL 2000 GROWTH INDX FUND | A | Dividend | L | T | | | | | |
| 25. CHUBB CORP | B | Dividend | L | T | | | | | |
| 26. IBM | B | Dividend | M | T | Donated (part) | | | | |
| 27. DREYFUS/LAUREL FDS TR PRM EMRGNMK I | C | Dividend | M | T | Buy | 05/28/10 | L | | |
| 28. DREYFUS/LAUREL FDS TR PRM EMRGNMK I | | None | | | Buy (add'l) | 12/30/10 | J | | |
| 29. ISHARES MSCI EX-JAPAN INDEX FD | A | Dividend | M | T | | | | | |
| 30. DODGE & COX INTL FUND | C | Dividend | N | T | | | | | |
| 31. JP MORGAN TAX AWARE REAL RET FD | D | Interest | N | T | | | | | |
| 32. ISHARES TR RUSSELL 1000 VALUE INDEX FD | C | Dividend | M | T | | | | | |
| 33. EATON VANCE MUT FDS TR | D | Dividend | M | T | Buy (add'l) | 05/28/10 | L | | |
| 34. MANNING & NAPIER FD INC EQUITY SERICES | B | Dividend | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MANNING & NAPIER FD INC WORLD OPP SERIES | C | Dividend | N | T | Buy | 01/15/10 | N | | |
| 36. JP MORGAN ASIA EQUITY FUND | A | Dividend | M | T | | | | | |
| 37. ARTIO GLOBAL INVT INTL EQ FD | C | Dividend | M | T | | | | | |
| 38. TROWE PRICE NEW ASIA FD | B | Dividend | N | T | Buy (add'l) | 12/20/10 | J | | |
| 39. PAYDEN & RYGEL INV GRP | E | Dividend | N | T | | | | | |
| 40. GOLDMAN SACHS TR | E | Dividend | N | T | | | | | |
| 41. XSPRADA CORP SER B CONV PFD | | None | L | T | | | | | |
| 42. BELLEVILLE NORTH VENTURE- BELLEVILLE, MI | | None | L | U | | | | | |
| 43. HUNTINGTON GARDEN APTS. OAK PARK, MI | E | Rent | L | U | | | | | |
| 44. HUNTINGTON GARDEN APTS. | F | Distribution | L | U | | | | | |
| 45. LANCASTER HILLS APTS. CO.- SOUTHFIELD, MI | F | Rent | M | U | | | | | |
| 46. LANCASTER HILLS APTS. CO. | G | Distribution | M | U | | | | | |
| 47. FRANKEL-NODLEHS- BLOOMFIELD HILLS, MI | | None | K | U | | | | | |
| 48. BLOOMFIELD VILLAGE SQUARE- BLMFLD HILLS, MI | B | Interest | J | U | | | | | |
| 49. BLOOMFIELD VILLAGE SQUARE- BLOOMFIELD HILLS, MI | F | Rent | J | U | | | | | |
| 50. FERRIS PARK TOWERS-LANSING, MI | E | Rent | L | U | | | | | |
| 51. FERRIS PARK TOWERS | A | Dividend | L | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. FERRIS PARK TOWERS | E | Distribution | L | U | | | | | |
| 53. BELLEVILLE NORTH MARSH-BELLEVILLE, MI VENTURE-BELLEVILLE, MI | B | Rent | L | U | | | | | |
| 54. DIXIE PROPERTIES | A | Interest | M | U | | | | | |
| 55. DIXIE PROPERTIES-WATERFORD, MI | E | Rent | M | U | | | | | |
| 56. DIXIE PROPERTIES | E | Distribution | M | U | | | | | |
| 57. BLOOMFIELD PLAZA, LLC-BLOOMFIELD HILLS, MI | G | Rent | N | U | | | | | |
| 58. BLOOMFIELD PLAZA, LLC | B | Interest | N | U | | | | | |
| 59. BLOOMFIELD PLAZA, LLC | G | Distribution | N | U | | | | | |
| 60. GGP LIMITED PARTNERSHIP-MULTI STATE | A | Rent | N | U | | | | | |
| 61. GGP LIMITED PARTNERSHIP | B | Interest | N | U | | | | | |
| 62. GGP LIMITED PARTNERSHIP | G | Dividend | N | U | | | | | |
| 63. EATON NURSERY SALES-BIRMINGHAM, MI | E | Rent | K | U | | | | | |
| 64. EATON NURSERY SALES | E | Distribution | K | U | | | | | |
| 65. WOODFORD APT. HOTEL CO.-BLOOMFIELD HILLS, MI | C | Rent | K | U | | | | | |
| 66. WOODFORD APT. HOTEL CO. | B | Distribution | K | U | | | | | |
| 67. NORTH HILL CENTER, LLC-ROCHESTER, MI | E | Rent | N | U | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R = Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V = Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 68. NORTH HILL CENTER, LLC. | A | Interest | N | U | | | | | |
| 69. BLOOMFIELD PLAZA II LLC- BLOOMFIELD HILLS, MI | A | Interest | K | U | | | | | |
| 70. BLOOMFIELD PLAZA II LLC- BLOOMFIELD HILLS, MI | F | Rent | K | U | | | | | |
| 71. BLOOMFIELD PLAZA II LLC | E | Distribution | K | U | | | | | |
| 72. MANISTEE MI SCHOOLS BOND | D | Interest | | | Redeemed | 05/03/10 | M | C | |
| 73. MICHIGAN MUN BOND AUTH | D | Interest | N | T | | | | | |
| 74. GENESEEE COUNTY MI BOND | D | Interest | N | T | | | | | |
| 75. KING COUNTY WA BOND | C | Interest | M | T | | | | | |
| 76. SAN ANTONIO TX BOND | C | Interest | | | Redeemed | 02/01/10 | M | A | |
| 77. INDIANA STATE FIN AUTH BOND | D | Interest | M | T | | | | | |
| 78. REGIONAL TRANS DIST COLORADO BOND | D | Interest | M | T | | | | | |
| 79. ANCHORAGE ALASKA BOND | D | Interest | M | T | | | | | |
| 80. RUTHERFORD CNTY TN BOND | D | Interest | M | T | | | | | |
| 81. KING&SNOHOMISH CNTY WA BOND | D | Interest | M | T | | | | | |
| 82. ILLINOIS STATE BOND | D | Interest | | | Redeemed | 12/01/10 | M | A | |
| 83. UTAH STATE BOND | D | Interest | M | T | | | | | |
| 84. OLATHE KANSAS BOND | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. WEST CLARK, IND BOND | D | Interest | M | T | | | | | |
| 86. OHIO STATE BOND | D | Interest | M | T | | | | | |
| 87. STATE OF TEXAS- TECH COLLEGE BOND | C | Interest | M | T | | | | | |
| 88. ST TAMMANY PARISH LA BOND | B | Interest | M | T | Buy | 03/23/10 | M | | |
| 89. FRISCO, TX BOND | B | Interest | M | T | Buy | 05/18/10 | M | | |
| 90. NY STATE BOND | B | Interest | M | T | Buy | 12/09/10 | M | | |
| 91. CONDOMINIUM-CHARLEVOIX,MI. | | None | M | W | | | | | |
| 92. ░░░░HOLDINGS: | | None | | | | | | | |
| 93. EXXON/MOBIL CORP | A | Dividend | J | T | Buy (add'l) | 06/14/10 | K | | |
| 94. EXXON/MOBIL CORP | | None | | | Sold (part) | 07/16/10 | K | E | |
| 95. GE | A | Dividend | | | Buy (add'I) | 05/03/10 | K | | |
| 96. GE | | None | | | Sold | 05/20/10 | K | A | |
| 97. PFIZER | A | Dividend | | | Sold | 12/21/10 | J | A | |
| 98. PROCTER & GAMBLE | A | Dividend | J | T | Buy | 05/03/10 | J | | |
| 99. PROCTER & GAMBLE | | None | | | Sold (part) | 05/05/10 | J | A | |
| 100. PROCTER & GAMBLE | | None | | | Buy (add'l) | 06/14/10 | J | | |
| 101. PROCTER & GAMBLE | | None | | | Sold (part) | 07/16/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R = Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V = Other | W =Estimated | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | COHN, AVERN L. | 04/30/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. CATERPILLAR | A | Dividend | K | T | Sold (part) | 05/16/10 | K | C | |
| 103. CATERPILLAR | | None | | | Buy (add'l) | 08/09/10 | O | | |
| 104. CATERPILLAR | | None | | | Sold (part) | 08/09/10 | O | B | |
| 105. FEDEX | A | Dividend | J | T | Buy (add'l) | 05/03/10 | K | | |
| 106. FEDEX | | None | | | Sold (part) | 05/05/10 | K | C | |
| 107. AMERICAN EXPRESS CO | A | Dividend | J | T | Sold (part) | 05/05/10 | K | A | |
| 108. APPLE | | None | J | T | Sold (part) | 02/04/10 | K | D | |
| 109. COSTCO WHOLESALE | A | Dividend | J | T | Buy (add'l) | 04/29/10 | J | | |
| 110. COSTCO WHOLESALE | | None | | | Sold (part) | 05/05/10 | J | A | |
| 111. COSTCO WHOLESALE | | None | | | Buy (add'l) | 05/12/10 | K | | |
| 112. COSTCO WHOLESALE | | None | | | Sold (part) | 12/30/10 | K | A | |
| 113. GOOGLE INC | | None | J | T | Sold (part) | 03/24/10 | K | C | |
| 114. GOOGLE INC | | None | | | Buy (add'l) | 05/26/10 | O | | |
| 115. GOOGLE INC | | None | | | Sold (part) | 05/26/10 | O | C | |
| 116. GOOGLE INC | | None | | | Buy (add'l) | 07/27/10 | O | | |
| 117. GOOGLE INC | | None | | | Sold (part) | 07/27/10 | O | B | |
| 118. GOOGLE INC | | None | | | Buy (add'l) | 08/04/10 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 119. GOOGLE INC | | None | | | Sold (part) | 08/04/10 | O | B | |
| 120. NESTLE | A | Dividend | J | T | Buy (add'l) | 04/29/10 | J | | |
| 121. NESTLE | | None | | | Sold (part) | 05/07/10 | J | A | |
| 122. SSGA US GOV M/M FUND | A | Dividend | O | T | Buy (add'l) | 05/05/10 | N | | |
| 123. MCDONALDS CORP | A | Dividend | J | T | Sold (part) | 05/05/10 | K | B | |
| 124. MCDONALDS CORP | | None | | | Buy (add'l) | 05/12/10 | J | | |
| 125. MONSANTO | A | Dividend | J | T | Sold (part) | 05/16/10 | K | A | |
| 126. GILEAD SCIENCE | A | Dividend | J | T | Buy (add'l) | 05/05/10 | K | | |
| 127. GILEAD SCIENCE | | None | | | Sold (part) | 05/18/10 | K | A | |
| 128. SCHLUMBERGER | A | Dividend | J | T | Sold (part) | 05/05/10 | K | A | |
| 129. SCHLUMBERGER | | None | | | Buy (add'l) | 06/14/10 | J | | |
| 130. SCHLUMBERGER | | None | | | Sold (part) | 07/19/10 | J | A | |
| 131. SCHLUMBERGER | | None | | | Sold (part) | 12/30/10 | J | A | |
| 132. WALT DISNEY | A | Dividend | J | T | Buy | 06/15/10 | J | | |
| 133. WALT DISNEY | | None | | | Sold (part) | 07/16/10 | J | A | |
| 134. ANDARKO PETROLEUM | A | Dividend | | | Buy (add'l) | 03/09/10 | J | | |
| 135. ANDARKO PETROLEUM | | None | | | Sold | 05/05/10 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V = Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 136. PEABODY ENERGY | A | Dividend | J | T | Buy (add'l) | 12/21/10 | O | | |
| 137. PEABODY ENERGY | | None | | | Sold (part) | 12/21/10 | O | C | |
| 138. TEVA PHARMACEUTICALS | A | Dividend | J | T | Buy (add'l) | 04/29/10 | J | | |
| 139. TEVA PHARMACEUTICALS | | None | | | Sold (part) | 05/05/10 | K | B | |
| 140. 3M | A | Dividend | J | T | Buy | 11/17/10 | J | | |
| 141. BOEING | A | Dividend | | | Sold | 05/05/10 | K | C | |
| 142. IBM | A | Dividend | | | Sold | 05/05/10 | K | A | |
| 143. WEYERHAUSER CORP | A | Dividend | | | Sold | 05/07/10 | K | B | |
| 144. PERRIGO INC. | A | Dividend | | | Sold | 05/05/10 | J | A | |
| 145. ANHEUSER-BUSCH | A | Dividend | J | T | Sold (part) | 02/09/10 | J | A | |
| 146. ARCHER DANIELS MIDLAND | A | Dividend | | | Sold | 05/04/10 | K | A | |
| 147. CLOROX | A | Dividend | | | Sold | 05/06/10 | K | A | |
| 148. COCA COLA | A | Dividend | K | T | Buy (add'l) | 05/12/10 | K | | |
| 149. COCA COLA | | None | | | Sold (part) | 07/16/10 | K | A | |
| 150. FMC TECHNOLOGIES | | None | | | Sold | 05/05/10 | K | C | |
| 151. HESS GROUP | A | Dividend | K | T | Buy (add'l) | 04/29/10 | J | | |
| 152. HESS GROUP | | None | | | Sold (part) | 05/05/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. ROYAL BANK-CANADA | A | Dividend | | | Sold | 02/14/10 | J | A | |
| 154. ROYAL BANK-CANADA | | None | | | Buy | 03/18/10 | J | | |
| 155. ROYAL BANK-CANADA | | None | | | Sold | 05/06/10 | J | A | |
| 156. ROYAL BANK-CANADA | | None | | | Buy | 08/27/10 | M | | |
| 157. ROYAL BANK-CANADA | | None | | | Sold | 08/27/10 | M | B | |
| 158. VISA INC. | A | Dividend | | | Sold | 05/05/10 | K | B | |
| 159. ALCON INC | | None | | | Sold | 05/05/10 | K | B | |
| 160. BRISTOL MYERS SQUIBB | A | Dividend | K | T | Buy (add'l) | 03/09/10 | K | | |
| 161. BRISTOL MYERS SQUIBB | | None | | | Sold (part) | 05/05/10 | K | A | |
| 162. CELGENE CORP | | None | J | T | Sold (part) | 05/05/10 | K | B | |
| 163. JOHNSON & JOHNSON | A | Dividend | K | T | | | | | |
| 164. ROCHE HOLDINGS LTD | A | Dividend | J | T | Sold (part) | 05/05/10 | J | A | |
| 165. ROCHE HOLDINGS LTD | | None | | | Buy (add'l) | 05/12/10 | J | | |
| 166. ROCHE HOLDINGS LTD | | None | | | Buy (add'l) | 06/14/10 | J | | |
| 167. ROCHE HOLDINGS LTD | | None | | | Sold (part) | 07/16/10 | J | A | |
| 168. CUMMINS INC. | A | Dividend | | | Sold | 05/05/10 | K | D | |
| 169. STANLEY WORKS | | None | | | Sold | 01/28/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. UNION PACIFIC | A | Dividend | J | T | Sold (part) | 05/05/10 | J | A | |
| 171. UNION PACIFIC | | None | | | Buy (add'l) | 07/14/10 | J | | |
| 172. APPLIED MATERIALS | A | Dividend | | | Sold | 05/04/10 | K | A | |
| 173. CORNING INC. | A | Dividend | J | T | Sold (part) | 05/05/10 | K | B | |
| 174. ORACLE CORP | | None | | | Buy (add'l) | 04/29/10 | J | | |
| 175. ORACLE CORP | | None | | | Sold | 05/05/10 | K | A | |
| 176. FREEPORT-MCMORAN | | None | | | Sold | 02/05/10 | K | A | |
| 177. FREEPORT-MCMORAN | | None | | | Buy | 08/27/10 | L | | |
| 178. FREEPORT-MCMORAN | | None | | | Sold | 08/27/10 | L | B | |
| 179. NUCOR CORP | A | Dividend | | | Sold | 05/06/10 | K | A | |
| 180. VALE SA | A | Dividend | | | Sold | 05/05/10 | K | B | |
| 181. GOODYEAR | | None | | | Sold | 02/04/10 | J | C | |
| 182. CITRIX SYSTEMS | | None | J | T | Buy | 05/05/10 | J | | |
| 183. BMW AG | A | Dividend | | | Buy | 02/10/10 | J | | |
| 184. BMW AG | | None | | | Sold | 05/06/10 | K | A | |
| 185. GOLDMAN SACHS GRP | | None | | | Buy | 07/29/10 | N | | |
| 186. GOLDMAN SACHS GRP | | None | | | Sold | 07/30/10 | N | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. GOLDMAN SACHS GRP | | None | | | Buy | 10/18/10 | J | | |
| 188. GOLDMAN SACHS GRP | | None | | | Sold | 11/15/10 | J | A | |
| 189. BOSTON PROPERTIES | | None | | | Buy | 10/06/10 | J | | |
| 190. BOSTON PROPERTIES | | None | | | Sold | 10/26/10 | J | A | |
| 191. CREE INC | | None | | | Buy | 05/27/10 | N | | |
| 192. CREE INC | | None | | | Sold | 05/27/10 | N | C | |
| 193. DAIMLER AG | | None | | | Buy | 02/09/10 | J | | |
| 194. DAIMLER AG | | None | | | Sold | 05/06/10 | J | A | |
| 195. DEERE & CO | A | Dividend | J | T | Buy | 03/18/10 | J | | |
| 196. DEERE & CO | | None | | | Sold (part) | 05/05/10 | J | A | |
| 197. DEERE & CO | | None | | | Buy (add'l) | 06/14/10 | J | | |
| 198. DEERE & CO | | None | | | Sold (part) | 08/12/10 | J | A | |
| 199. DEERE & CO | | None | | | Sold (part) | 12/30/10 | J | A | |
| 200. DOW | A | Dividend | | | Buy | 09/27/10 | J | | |
| 201. DOW | | None | | | Sold | 11/12/10 | J | A | |
| 202. EDWARDS LIFE SCIENCES | | None | | | Buy | 12/17/10 | O | | |
| 203. EDWARDS LIFE SCIENCES | | None | | | Sold | 12/17/10 | O | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. FIRST SOLAR INC | | None | | | Buy | 05/03/10 | K | | |
| 205. FIRST SOLAR INC | | None | | | Sold | 05/20/10 | K | A | |
| 206. HALLIBURTON | | None | | | Buy | 08/02/10 | N | | |
| 207. HALLIBURTON | | None | | | Sold | 08/02/10 | N | B | |
| 208. MERCK | A | Dividend | J | T | Buy | 02/09/10 | J | | |
| 209. MERCK | | None | | | Sold (part) | 05/18/10 | J | A | |
| 210. NALCO HOLDINGS CO | A | Dividend | | | Buy | 06/16/10 | J | | |
| 211. NALCO HOLDINGS CO | | None | | | Sold | 10/19/10 | J | A | |
| 212. NETFLIX | | None | J | T | Buy | 05/12/10 | J | | |
| 213. NETFLIX | | None | | | Buy (add'l) | 11/19/10 | M | | |
| 214. NETFLIX | | None | | | Sold (part) | 11/19/10 | M | B | |
| 215. OCCIDENTAL PETROLEUM | A | Dividend | | | Buy | 06/14/10 | J | | |
| 216. OCCIDENTAL PETROLEUM | | None | | | Sold | 11/11/10 | J | A | |
| 217. POTASH CORP | A | Dividend | J | T | Buy | 02/17/10 | J | | |
| 218. POTASH CORP | | None | | | Buy (add'l) | 03/09/10 | J | | |
| 219. POTASH CORP | | None | | | Sold (part) | 05/06/10 | J | A | |
| 220. POTASH CORP | | None | | | Sold (part) | 09/20/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2011 |

## VII. INVESTMENTS and TRUSTS  — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 221.  REPUBLIC SERVICES | A | Dividend | J | T | Buy | 03/29/10 | J | | |
| 222.  REPUBLIC SERVICES | | None | | | Sold<br>(part) | 06/29/10 | J | A | |
| 223.  PROSHARES ULTRA SHORT S&P | | None | | | Buy | 08/25/10 | J | | |
| 224.  PROSHARES ULTRA SHORT S&P | | None | | | Sold | 09/17/10 | J | A | |
| 225.  WHOLE FOODS CO | | None | | | Buy | 08/27/10 | J | | |
| 226.  WHOLE FOODS CO | | None | | | Sold | 12/02/10 | J | A | |
| 227.  US BANCORP | A | Dividend | J | T | Buy | 04/14/10 | J | | |
| 228.  US BANCORP | | None | | | Sold<br>(part) | 05/06/10 | J | A | |
| 229.  US BANCORP | | None | | | Buy<br>(add'l) | 05/12/10 | J | | |
| 230.  US BANCORP | | None | | | Buy<br>(add'l) | 06/14/10 | J | | |
| 231.  US BANCORP | | None | | | Sold<br>(part) | 07/16/10 | J | A | |
| 232.  US BANCORP | | None | | | Sold<br>(part) | 12/30/10 | J | A | |
| 233.  AUTOLIV | | None | J | T | Buy | 05/05/10 | J | | |
| 234.  CHURCH & DWIGHT | | None | J | T | Buy | 05/05/10 | J | | |
| 235.  BAKER HUGHES | | None | J | T | Buy | 05/05/10 | J | | |
| 236.  DEVON ENERGY | A | Dividend | J | T | Buy | 12/13/10 | J | | |
| 237.  NATL OILWELL | A | Dividend | J | T | Buy | 03/10/10 | J | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes:  J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)  U =Book Value   V - Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2011 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238. ITC HOLDINGS | A | Dividend | J | T | Buy | 08/30/10 | J | | |
| 239. HSBC HOLDINGS | A | Dividend | J | T | Buy | 08/18/10 | J | | |
| 240. ALLERGAN INC | A | Dividend | J | T | Buy | 11/08/10 | J | | |
| 241. CANADIAN NATL RAILWAY CO | | None | J | T | Buy | 05/05/10 | J | | |
| 242. BARRICK GOLD CORP | | None | J | T | Buy | 05/15/10 | J | | |
| 243. MOLYCORP | | None | K | T | Buy | 05/06/10 | K | | |
| 244. PROCTER & GAMBLE BOND | A | Interest | | | Buy | 05/10/10 | M | | |
| 245. PROCTER & GAMBLE BOND | | None | | | Sold | 05/18/10 | M | A | |
| 246. NORTH CAROLINA STATE BOND | B | Interest | | | Redeemed | 03/01/10 | M | A | |
| 247. NORTH CAROLINA STATE BOND | B | Interest | | | Redeemed | 03/01/10 | L | A | |
| 248. VIRGINIA STATE BOND | C | Interest | | | Redeemed | 06/01/10 | L | A | |
| 249. TENESSEE STATE BOND | B | Interest | | | Redeemed | 06/16/10 | M | A | . |
| 250. US TREASURY BILLS | C | Interest | M | T | | | | | |
| 251. US TREASURY NOTES | | None | | | Sold | 01/31/10 | N | A | |
| 252. US TREASURY NOTES | | None | | | Buy | 06/24/10 | L | | |
| 253. US TREASURY NOTES | | None | | | Sold | 06/30/10 | L | B | |
| 254. US TREASURY NOTES, NEW | D | Interest | N | T | Buy | 03/01/10 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 255. ARTSPACE, INC., BIRMINGHAM, MI | A | Distribution | M | U | | | | | |
| 256. ARTSPACE, INC, BIRMINGHAM, MI | D | Dividend | M | U | | | | | |
| 257. WASHTENAW CO | B | Distribution | J | U | | | | | |
| 258. WASHTENAW CO.-WASHTENAW CNTY, MI | C | Rent | J | U | | | | | |
| 259. COMMERCE CENTER BLDG | | None | J | U | | | | | |
| 260. MERCURY PLAZA SHOPPING CENTER | A | Distribution | K | U | | | | | |
| 261. CG&A CENTRAL MALL | B | Distribution | K | U | | | | | |
| 262. CG&a CENTRAL MALL | A | Interest | K | U | | | | | |
| 263. LPC INVESTMENTS, LLC | F | Interest | PI | U | | | | | |
| 264. LPC ENTERPRISES | | None | J | U | | | | | |
| 265. ▨▨▨▨ ASSOC-BIRMINGHAM, MI | A | Rent | K | U | | | | | |
| 266. ▨ BROWN ST ASSOC | C | Distribution | K | U | | | | | |
| 267. TWENTY TWO TWENTY TWO, LLC | A | Interest | K | U | | | | | |
| 268. CGA&A CROSSROADS CENTER LP | A | Interest | K | U | | | | | |
| 269. CG&A CROSSROADS CENTER LLP | A | Distribution | K | U | | | | | |
| 270. PACIFIC FUND LP | A | Dividend | M | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ AVERN L. COHN

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544